**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 01-cr-00319-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOHN D. SPOSIT
2. CORY W. HYNES
3. MEGAN M. SCHEY
4. REYNALDO R. MENDOZA
5. SHAWN SWEENEY
6. NATHAN J. KERN
7. SHAWN HARTNETT
8. JUSTIN C. LYNES
9. RYAN J. KRUEGER
10. DANIEL McDERMOTT
11. FRANK E. EDMONDS
12. LIANA R. PARISI
13. NATHAN W. BURRESS
14. LISA TWO EAGLES
15. TONY GRANT

    Defendant(s).

---

**ENTRY OF APPEARANCE**

---

    COMES NOW Assistant United States Attorney, Stephanie Podolak, to enter her appearance as counsel of record for the government for the above noted case.

    DATED this 26th day of February, 2007.

    Respectfully submitted,

    TROY A. EID
    United States Attorney

        s/Stephanie Podolak  
        BY: Stephanie Podolak  
        Assistant United States Attorney  
        1225 Seventeenth Street  
        Denver, CO 80202  
        (303) 454-0100  
        Stephanie.Podolak@usdoj.gov

–3–

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 26th day of February, 2007, a true and correct copy of the foregoing ENTRY OF APPEARANCE was delivered via the CM/ECF system to:

Joseph Saint-Veltri, Esq.
Robert Corry, Jr., Esq.
Cheri Deatsch, Esq.
David Japha, Esq.
G. Paul McCormick, Esq.
Boston Stanton, Esq.
Mark Hanchey, Esq.
Robert Berger, Esq.
Robert McAllister, Esq.
Elisa Moran, Esq.
Peter Bornstein, Esq.
H. Michael Steinberg, Esq.
Jonathan Willett, Esq.
Harvey Steinberg, Esq.
Lynn Pierce, Esq.
James Castle, Esq.
John Chanin, Esq.

      s/Victoria Soltis_____
      Victoria Soltis
      Legal Assistant
      United States Attorney's Office
      1225 Seventeenth Street
      Denver, CO 80202
      (303) 454-0246
      Victoria.Soltis@usdoj.gov