**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 01-cr-00319-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOHN D. SPOSIT
2. CORY W. HYNES
3. MEGAN M. SCHEY
4. REYNALDO R. MENDOZA
5. SHAWN SWEENEY
6. NATHAN J. KERN
7. SHAWN HARTNETT
8. JUSTIN C. LYNES
9. RYAN J. KRUEGER
10. DANIEL McDERMOTT
11. FRANK E. EDMONDS
12. LIANA R. PARISI
13. NATHAN W. BURRESS
14. LISA TWO EAGLES
15. TONY GRANT

    Defendant(s).

---

**MOTION TO WITHDRAW**

---

The United States of America, by Troy A. Eid, United States Attorney for the District of Colorado, through Stephanie Podolak, Assistant United States Attorney, hereby files its Motion to Withdraw Joseph Urbaniak as counsel of record in the above-captioned case. As grounds for this motion, the government states that Joseph Urbaniak is no longer employed as an Assistant United States Attorney for the District of Colorado.

Dated this 26th day of February, 2007.

        Respectfully submitted,

        TROY A. EID
        United States Attorney


        by:  s/ Stephanie Podolak
        Stephanie Podolak
        Assistant United States Attorney
        U.S. Attorney's Office
        1225 17th Street, Suite 700
        Denver, CO 80202
        Telephone: (303) 454-0100
        E-mail:Stephanie.Podolak@usdoj.gov
        Attorney for Government

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 26th day of February, 2007, a true and correct copy of the foregoing ENTRY OF APPEARANCE was delivered via the CM/ECF system to:

Joseph Saint-Veltri, Esq.
Robert Corry, Jr., Esq.
Cheri Deatsch, Esq.
David Japha, Esq.
G. Paul McCormick, Esq.
Boston Stanton, Esq.
Mark Hanchey, Esq.
Robert Berger, Esq.
Robert McAllister, Esq.
Elisa Moran, Esq.
Peter Bornstein, Esq.
H. Michael Steinberg, Esq.
Jonathan Willett, Esq.
Harvey Steinberg, Esq.
Lynn Pierce, Esq.
James Castle, Esq.
John Chanin, Esq.

                                                s/Victoria Soltis_____
                                                Victoria Soltis
                                                Legal Assistant
                                                United States Attorney's Office
                                                1225 Seventeenth Street
                                                Denver, CO 80202
                                                (303) 454-0246
                                                Victoria.Soltis@usdoj.gov