**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 01-cr-00319-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOHN D. SPOSIT
2. CORY W. HYNES
3. MEGAN M. SCHEY
4. REYNALDO R. MENDOZA
5. SHAWN SWEENEY
6. NATHAN J. KERN
7. SHAWN HARTNETT
8. JUSTIN C. LYNES
9. RYAN J. KRUEGER
10. DANIEL McDERMOTT
11. FRANK E. EDMONDS
12. LIANA R. PARISI
13. NATHAN W. BURRESS
14. LISA TWO EAGLES
15. TONY GRANT

    Defendant(s).

---

**PROPOSED ORDER**

---

The Court has for consideration the government's Motion to Withdraw. Upon consideration, it is

ORDERED that the government's Motion is granted. Assistant United States Attorney Joseph Urbaniak is hereby allowed to withdraw from this case. Counsel of record for this case is Assistant United States Attorney Stephanie Podolak.

IT IS SO ORDERED on this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO