IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-cr-00319-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOHN D. SPOSIT
2. CORY W. HYNES
3. MEGAN M. SCHEY
4. REYNALDO R. MENDOZA
5. SHAWN SWEENEY
6. NATHAN J. KERN
7. SHAWN HARTNETT
8. JUSTIN C. LYNES
9. RYAN J. KRUEGER
10. DANIEL McDERMOTT
11. FRANK E. EDMONDS
12. LIANA R. PARISI
13. NATHAN W. BURRESS
14. LISA TWO EAGLES
15. TONY GRANT

    Defendant(s).

## ORDER

THIS MATTER comes before the Court on the Government's Motion to Withdraw [# 1169], filed February 26, 2007. After carefully reviewing the file in this case, I find that this motion should be GRANTED. Accordingly, it is

ORDERED that the Government's Motion to Withdraw [# 1169] is **GRANTED**. It is

FURTHER ORDERED that the Assistant United States Attorney Joseph

Urbaniak is hereby allowed to withdraw from this case. It is

FURTHER ORDERED that counsel of record for this case is Assistant United States Attorney Stephanie Podolak.

Dated: February 27, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge