IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case Number:  01-CR-319

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOHN D. SPOSIT,

Defendant.

_____

### MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE
_____

COMES NOW the Defendant by his lawyer, Joseph Saint-Veltri, and he moves this Honorable Court for the Entry of an Order terminating his Supervised Release.

AS GROUNDS for this Motion he states and avers as follows:

1. That the Defendant has completed more than one half of his term of Supervised Release which was imposed in conjunction with his sentence in the above captioned matter.

2. That the Defendant has been compliant with the terms of his Supervised Release.

3. That the Defendant served a considerably extensive sentence in the United States Bureau of Prisons during which he thoroughly rehabilitated himself.

4. That continued supervision of this Defendant is not warranted.  Moreover, Federal Supervision is impairing the Defendant's ability to move forward toward his career goals.

Respectfully Submitted,

        s/ Joseph Saint-Veltri
        _____
        JOSEPH SAINT-VELTRI
        900 Logan Street
        Denver, Colorado  80203
        Telephone:  (303) 832-6777
        FAX: (303) 747-5723
        E-mail: saintveltri@msn.com
        Attorney for Petitioner

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 11, 2013, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to the following to all interested parties:

        s/ Joseph Saint-Veltri
        _____
        JOSEPH SAINT-VELTRI
        900 Logan Street
        Denver, Colorado  80203
        Telephone:  (303) 832-6777
        FAX: (303) 832-1631
        E-mail: jsv@saintveltri.com