IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-cr-319-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JOHN D. SPOSIT
2.    CORY W. HYNES
3.    MEGAN M. SCHEY
4.    REYNALDO R. MENDOZA
5.    SHAWN SWEENEY
6.    NATHAN J. KERN
7.    SHAWN HARTNETT
8.    JUSTIN C. LYNES
9.    RYAN J. KRUEGER
10.    DANIEL McDERMOTT
11.    FRANK E. EDMONDS
12.    LIANA R. PARISI
        a/k/a LIANA WETTLAUFER
13.    NATHAN W. BURRESS
14.    LISA TWO EAGLES
        a/k/a LISA RAINEY
15.    TONY GRANT
        a/k/a TONY "G" LNU, TONY GANT

    Defendants.

**NOTICE OF ATTORNEY APPEARANCE**

The United States of America by John F. Walsh, United States Attorney for the District of Colorado, through Susan D. Knox, Assistant United States Attorney, hereby enters her appearance as plaintiff's co-counsel in this matter.

DATED this 17th day of January, 2013.

>Respectfully submitted,
>
>JOHN F. WALSH
>United States Attorney
>
>By: *s/ Susan D. Knox*
>SUSAN D. KNOX
>Assistant United States Attorney
>U.S. Attorney's Office
>1225 17th Street, Suite 700
>Denver, CO 80202
>Telephone: 303-454-0100
>Fax: 303-455-0409
>Sunsan.Knox@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of January, 2013, I electronically filed the foregoing **NOTICE OF ATTORNEY APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

All Attorneys of Record

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

None.

*s/ Solange Reigel*
Solange Reigel
Legal Assistant to AUSA Susan D. Knox
U.S. Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, CO 80202
Phone: 303-454-0100
Fax: 303-454-0404
E-mail: Solange.Reigel@usdoj.gov